IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FORD MOTOR COMPANY, a Delaware corporation,

    Plaintiff,

v.

GREATDOMAINS, INC. COM, a California corporation, et al.,

    Defendants.

Civil No. 0071544

Judge Gerald Rosen

FILED
JUN 1 6 2000
CLERK'S OFFICE
U. S. DIST. COURT
EASTERN MICHIGAN

### STIPULATED ORDER AND PERMANENT INJUNCTION, JUDGMENT, ORDER TRANSFERRING DOMAIN NAME, AND ORDER OF DISMISSAL

Based on the Stipulation and consent of the parties Ford Motor Company ("Ford") and defendant David Baker for Dotcoms2sell ("Defendant"), the Court, pursuant to 15 U.S.C. § 1116 (1988), hereby enters the following Order and Permanent Injunction, Judgment, Order Transferring Domain Name, and Order of Dismissal relating to Defendant's use of the trademarks, both registered in the United States Patent and Trademark Office, and at common law, developed by Ford, including Ford®, Ford Motor Company®, Lincoln®, Mercury®, the Ford Oval®, Volvo®, Jaguar®, Aston-Martin®, and others (collectively the "Ford Marks"):

    1.    Defendant is hereby enjoined permanently from all unauthorized uses of the Ford Marks in his products, services, advertisements, videos, promotional literature, promotional telecasts, broadcasts, signage, on the Internet, or otherwise, in connection with the advertisement and sale of any product, good, part, or service. Specifically, by way of illustration and without limiting the above, Defendant is enjoined permanently from:

    a.    using in any way the Internet domain name TAURUSRACING.COM and any other Internet domain names containing the Ford Marks.

   b.  registering and/or using in the future other Internet domain names that use the Ford Marks, or a variation of the Ford Marks.

  2.  Defendant agrees to pay statutory damages under the recently enacted Anticybersquatting Consumer Protection Act, Pub.Law. No. 106-113, 106th Cong. 1st Sess., in the amount of Three Thousand Dollars ($3,000.00).

  3.  The Internet domain name TAURUSRACING.COM is hereby transferred to Ford immediately. Defendant shall perform all acts necessary to effect the transfer of the domain name TAURUSRACING.COM to Ford.

  5.  The Order and Permanent Injunction set forth above shall remain in effect indefinitely and the Court retains jurisdiction to enforce the terms of said Order and Permanent Injunction; and

  6.  Ford's claims against Defendant are hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: **16 JUN 2000**

_____
United States District Judge

16 JUN 2000

2

**SO STIPULATED NOTICE OF ENTRY WAIVED:**

DICKINSON WRIGHT PLLC

By: /s/ Kathleen A. Lang

John E. S. Scott (P20164)
Kathleen A. Lang (P34695)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500
Attorneys for Plaintiff

/s/ David Baker

David Baker for Dotcoms2sell
2148 Lookout Ridge
Rockhill, South Carolina 29732
Telephone: 704-965-1164
Pro Se

3