IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FORD MOTOR COMPANY, a Delaware corporation,

    Plaintiff,

v.

GREATDOMAINS, INC. COM, a California corporation, et al.,

    Defendants.

Civil No. 0071544

Judge Gerald Rosen



### STIPULATED ORDER AND PERMANENT INJUNCTION, JUDGMENT, ORDER TRANSFERRING DOMAIN NAME, AND ORDER OF DISMISSAL

Based on the Stipulation and consent of the parties Ford Motor Company ("Ford") and defendant Craig Melquist ("Defendant"), the Court, pursuant to 15 U.S.C. § 1116 (1988), hereby enters the following Order and Permanent Injunction, Judgment, Order Transferring Domain Name, and Order of Dismissal relating to Defendant's use of the trademarks, both registered in the United States Patent and Trademark Office, and at common law, developed by Ford, including Ford®, Ford Motor Company®, Lincoln®, Mercury®, the Ford Oval®, Volvo®, Jaguar®, Aston-Martin®, and others (collectively the "Ford Marks"):

    1.    Defendant is hereby enjoined permanently from all unauthorized uses of the Ford Marks in his products, services, advertisements, videos, promotional literature, promotional telecasts, broadcasts, signage, on the Internet, or otherwise, in connection with the advertisement and sale of any product, good, part, or service. Specifically, by way of illustration and without limiting the above, Defendant is enjoined permanently from:

        a.    using in any way the Internet domain name VOLVOSAFETY.COM and any other Internet domain names containing the Ford Marks.

        b.      registering and/or using in the future other Internet domain names that use the Ford Marks, or a variation of the Ford Marks.

    2.      The Internet domain name VOLVOSAFETY.COM is hereby transferred to Ford immediately. Defendant shall perform all acts necessary to effect the transfer of the domain name VOLVOSAFETY.COM to Ford.

    3.      The Order and Permanent Injunction set forth above shall remain in effect indefinitely and the Court retains jurisdiction to enforce the terms of said Order and Permanent Injunction; and

    4.      Ford's claims against Defendant are hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 16 JUN 2000

_____
United States District Judge

16 JUN 2000

**SO STIPULATED NOTICE OF ENTRY WAIVED:**

DICKINSON WRIGHT PLLC

By: _____
John E. S. Scott (P20164)
Kathleen A. Lang (P34695)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500
Attorneys for Plaintiff

_____
Craig Melquist
326 Morris Avenue
Summit, New Jersey 07901
Telephone: 908-273-4200
Pro Se

3