Clerk

## MOTION TO CHANGE VENUE    6 / 22 / 00

Re: Ford Motor Company v. Greatdomains.com, et al;
U.S. District Court, Eastern District of Michigan
C.A. No. 00 71544; Hon. Gerald E. Rosen

Clerk of court
231 W. Lafayette st.
Detroit, MI 48226

WALLACE W. RAWSON
RAD*TECH INC.
2858 BERNICE AV.
LANSING IL 60438
708 474 7776
FAX 708-474-7764
EMAIL - USARADS@HOTMAIL.COM

FILED 2000 JUN 30 P 2 36
U S DIST COURT CLERK
EAST DIST MICH
DETROIT

CLERK OF COURT

I am contacting you in regards to a lawsuit, which Ford Motor Co. has against Wallace W. Rawson (RadTech). This lawsuit was filed in the state of Michigan.

**I would like to ask for a change of venue based on the following.**

1) No wrongful acts were committed by myself in the state or Michigan.
2) No contact of any kind has every been made with anyone in the state of Michigan in regards to the domain names in question.
3) I have at no time advertised any web site or domain name for sale in the state of Michigan.
4) No money or considerations has ever been exchanged regarding these domain names in the state of Michigan.
5) Plaintiffs cannot show any contact, advertisement, action, phone call, e-mail, or letter to or from anyone anywhere in Michigan about these domain names.
6) Plaintiffs have a major presence in the state of Illinois and Illinois is the state that should have venue in this matter.
7) At no time did Greatdomains or anyone else advertise or solicit for sale my domain names in the state of Michigan.
8) I have not sent any money or received any money from Greatdomains or anyone else listed in this suit. I am not a partner and I am not a business associate with anyone named in this suit. I should not be tied into any legal action against anyone else. Anyone who has operated in Michigan is not I and I should not be held responsible for anyone's actions but my own.

I feel the above true statements more than prove and show that no wrongful acts were committed by myself in the state of Michigan and thus the state of Michigan should not have legal venue over this matter.
Thank you
Wallace W Rawson
Rad*Tech Inc.

**I would also like to request a jury trial in this matter.**

Wallace W. Rawson            6-22-00