**MOTION**         7 / 06 / 00

**CLAIM FOR RELIEF**

FILED
2000 JUL -7  A 11: 29
U.S. DIST. COURT
EAST DIST. CLERK
DETROIT MICH.

Re: Ford Motor Company v. Greatdomains.com.,et al;
U.S. District Court, Eastern District of Michigan
C.A. No. 00 71544; Hon. Gerald E. Rosen

Clerk of court
231 W. Lafayette st.
Detroit, MI 48226

WALLACE W. RAWSON
2858 BERNICE AVE
LANSING IL 60438
708 474 7776

The action brought by the Ford Motor Company is based totally on trademark infringement and bad faith.

· The <u>UNITED STATE PATIENT AND TRADEMARK OFFICE</u> shows that Ford Motor Company does <u>NOT</u> own the trademarks for the following:
<u>4fordparts</u>
<u>4fordtrucks</u>

<u>See attached USPTO FORMS.</u>

Since Ford does not own the trademarks for the above two domain names Ford does not have the right to claim trademark infringement.

Since the USPTO shows no trademarks on these domain names there can be no trademark infringement or bad faith on the plaintiff's part.

Also the two names above were immediately turned over to Ford and since these sites were never developed in any way Ford has not lost one customer or sale because these sites.

Since no trademark violations occurred and no bad faith can be shown <u>there is no grounds for this action.</u>

We ask the court for relief from this lawsuit.

Thank you
Wallace W Rawson

*Wallace W Rawson*     7 - 6 - 00

15

Trademark

Page 1 of 1



# US PATENT & TRADEMARK OFFICE
### TRADEMARK TEXT AND IMAGE DATABASE

| Help | Home | Marks | Boolean | Manual | Number | Order Copy | PTDLs |

*Searching ALL...*

[Search Summary]
**Results of Search in ALL for:**
MS/4fordtrucks: 0 trademarks.

No trademarks have matched your query

Refine Search  |  MS/4fordtrucks

Trademark

Page 1 of 1



# US PATENT & TRADEMARK OFFICE
### TRADEMARK TEXT AND IMAGE DATABASE

| Help | Home | Marks | Boolean | Manual | Number | Order Copy | PTDLs |

*Searching ALL...*

[Search Summary]
**Results of Search in ALL for:**
MS/4fordparts: 0 trademarks.

No trademarks have matched your query

Refine Search  |  MS/4fordparts