# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FORD MOTOR COMPANY, a Delaware
corporation,

        Plaintiff,

v.

GREATDOMAINS, INC. COM, a California
corporation, et al.,

        Defendants.

Civil No. 0071544

Judge Gerald Rosen

# FILED

JUL 1 4 2000

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

## STIPULATED ORDER AND PERMANENT
## INJUNCTION, JUDGMENT, ORDER
## TRANSFERRING DOMAIN NAME, AND ORDER OF DISMISSAL

    Based on the Stipulation and consent of the parties Ford Motor Company ("Ford") and

defendant J. Denosky ("Defendant"), the Court, pursuant to 15 U.S.C. § 1116 (1988), hereby

enters the following Order and Permanent Injunction, Judgment, Order Transferring Domain

Name, and Order of Dismissal relating to Defendant's use of the trademarks, both registered in

the United States Patent and Trademark Office, and at common law, developed by Ford,

including Ford®, Ford Motor Company®, Lincoln®, Mercury®, the Ford Oval®, Volvo®,

Jaguar®, Aston-Martin®, and others (collectively the "Ford Marks"):

    1.    Defendant is hereby enjoined permanently from all unauthorized uses of the Ford

Marks in his products, services, advertisements, videos, promotional literature, promotional

telecasts, broadcasts, signage, on the Internet, or otherwise, in connection with the advertisement

and sale of any product, good, part, or service. Specifically, by way of illustration and without

limiting the above, Defendant is enjoined permanently from:

        a.    using in any way the Internet domain name FORD-AUTOS.COM and

any other Internet domain names containing the Ford Marks.

1



      b.    registering and/or using in the future other Internet domain names that use the Ford Marks, or a variation of the Ford Marks.

    2.    Defendant agrees to pay statutory damages under the recently enacted Anticybersquatting Consumer Protection Act, Pub.Law. No. 106-113, 106th Cong. 1st Sess., in the amount of Three Thousand Dollars ($3,000.00).

    3.    The Internet domain name FORD-AUTOS.COM is hereby transferred to Ford immediately. Defendant shall perform all acts necessary to effect the transfer of the domain name FORD-AUTOS.COM to Ford.

    4.    The Order and Permanent Injunction set forth above shall remain in effect indefinitely and the Court retains jurisdiction to enforce the terms of said Order and Permanent Injunction; and

    5.    Ford's claims against Defendant are hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 14 JUL 2000

United States District Judge

**SO STIPULATED NOTICE OF ENTRY WAIVED:**

DICKINSON WRIGHT PLLC

By:
John E. S. Scott (P20164)
Kathleen A. Lang (P34695)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500
Attorneys for Plaintiff

J. Denosky
972 White Point Blvd.
Charleston, SC 29412
Telephone: 843-747-1470 Ext. 23
Pro Se