P.O. Box 474
Norris, TN 37828

# fax confidential

| | |
|---|---|
| To: | **Judge Gerald Rosen** |
| Fax Number: | +1 (313) 234-5360 |
| | |
| From: | **Stephen Mahan** |
| Fax Number: | Call |
| Business Phone: | |
| Home Phone: | 865-494-7809 |
| | |
| Pages: | 2 |
| Date/Time: | 10/12/2000 9:47:51 PM |
| Subject: | Answer to Complaint:  Case Number:  00-71544 |

FILED
OCT 13 4 41 PM '00
CLERK
U.S. DISTRICT COURT
EAST. DIST. MICH.
DETROIT

39

Stephen Mahan
P.O. Box 474
Norris, TN 37828
865 – 494 – 7809

United States District Court
Eastern District of Michigan
Dearborn, Michigan
Case Number: 00-71544
Judge: Gerald E. Rosen

October 11, 2000

To Whom It May Concern:

    I would like to settle this issue with Ford Motor Company and I am willing to transfer ownership of FordItems.com, LincolnItems.com, VolvoItems.com, MercuryItems.com and JaguarItems.com to Ford Motor Company as a settlement. It is, my understanding, from my counsel, that Ford Motor Company also desires payment of $3,000 per domain name yielding $15,000. I have little financial means since I have a great deal of debt and essentially no assets. I have had no revenue from these domain names. It was a grave mistake, which I humbly regret. I have had no intent to harm Ford Motor Company and I feel that since these domain names were not used, no harm has been caused. I offer my sincerest apology for my mistake.


Stephen Mahan

Cc:
Dickinson Wright PLLC
John E. S. Scott (P20164)
Kathleen A. Lang (P34695)
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223 – 3500