IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FORD MOTOR COMPANY, a Delaware
corporation,

        Plaintiff,

v.

GREATDOMAINS, INC. COM, a California
corporation, et al.,

        Defendants.

Civil No. 0071544

Judge Gerald Rosen

RECEIVED
OCT 1 2 2000
CLERK'S OFFICE
DETROIT

## STIPULATED ORDER AND PERMANENT INJUNCTION, JUDGMENT, ORDER TRANSFERRING DOMAIN NAME, AND ORDER OF DISMISSAL

Based on the Stipulation and consent of the parties Ford Motor Company ("Ford") and

defendant Hazel Matthews ("Defendant"), the Court, pursuant to 15 U.S.C. § 1116 (1988),

hereby enters the following Order and Permanent Injunction, Judgment, Order Transferring

Domain Name, and Order of Dismissal relating to Defendant's use of the trademarks, both

registered in the United States Patent and Trademark Office, and at common law, developed by

Ford, including Ford®, Ford Motor Company®, Lincoln®, Mercury®, the Ford Oval®,

Volvo®, Jaguar®, Aston-Martin®, and others (collectively the "Ford Marks"):

1.ˑ    Defendant is hereby enjoined permanently from all unauthorized uses of the Ford

Marks in his products, services, advertisements, videos, promotional literature, promotional

telecasts, broadcasts, signage, on the Internet, or otherwise, in connection with the advertisement

and sale of any product, good, part, or service.  Specifically, by way of illustration and without

limiting the above, Defendant is enjoined permanently from:

1



     a.     using in any way the Internet domain name S-TYPEGO.COM and any other Internet domain names containing the Ford Marks.

     b.     registering and/or using in the future other Internet domain names that use the Ford Marks, or a variation of the Ford Marks.

2.     Defendant agrees to pay statutory damages under the recently enacted Anticybersquatting Consumer Protection Act, Pub.Law. No. 106-113, 106th Cong. 1st Sess., in the amount of Three Thousand Dollars ($3,000.00).

3.     The Internet domain name S-TYPEGO.COM is hereby transferred to Ford immediately. Defendant shall perform all acts necessary to effect the transfer of the domain name S-TYPEGO.COM to Ford.

4.     The Order and Permanent Injunction set forth above shall remain in effect indefinitely and the Court retains jurisdiction to enforce the terms of said Order and Permanent Injunction; and

5.     Ford's claims against Defendant are hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED.
DATED:_____**13 OCT 2000**

_____
United States District Judge

**SO STIPULATED NOTICE OF ENTRY WAIVED:**

DICKINSON WRIGHT PLLC

By:

John E. S. Scott (P20164)
Kathleen A. Lang (P34695)
500 Woodward Avenue, Suite 4000
Detroit, MI  48226
(313) 223-3500
Attorneys for Plaintiff


Hazel Matthews
26 Amersham Hill Drive
High Wycombe,  HP136QY
United Kingdom
Telephone: +44 01494 527166
Pro Se