IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FORD MOTOR COMPANY**, *et al.*,

    **Plaintiffs,**

v.                                                                  Case No. 00-71544
                                                                    Judge Gerald E. Rosen

**GREAT DOMAINS.COM, INC.**, *et al.*,

    **Defendants.**

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The following Defendants respectfully move for a 14-day extension of time, to and including Thursday, November 2, 2000, to Answer or Move in accordance with Rule 12 of the Federal Rules of Civil Procedure:

| **Defendant** | **Domain Name** |
|---|---|
| Tom Cooper | volvoenthusiast.com |
| Bob Emmert | volvoguy.com |
| Alfonso Fiero | lincolntrucks.com |
| Paul Brown | jaguarenthusiastsclub.com. |

The Electronic Frontier Foundation ("EFF") has recently learned of this lawsuit, and has assembled a team of lawyers to represent these defendants (along with a handful of other defendants who either have not yet been served or who otherwise are not subject to the pending filing deadline) *pro bono publico*. The EFF defense team expects shortly to

secure authorization from most or all of the above-listed defendants (1) to defend them in this lawsuit, and (2) to maintain a multiple representation of parties whose interests in defending this lawsuit are principally aligned.

Accordingly, in order to conduct the necessary pre-filing investigation, to secure the necessary authorizations and waivers, and to prepare responsive pleadings, the EFF defense team have contacted Plaintiff's counsel and requested a modest 14-day extension of time. Plaintiff's counsel do not object to the requested extension.

**WHEREFORE**, the above-listed Defendants respectfully pray for an extension of time, to and including November 2, 2000, to Answer or Move in accordance with Rule 12 of the Federal Rules of Civil Procedure.

Dated: October 18, 2000.

Respectfully submitted,

Eric C. Grimm (MI Bar No. P58990)
CYBERBRIEF, PLC
320 South Main Street
Ann Arbor, Michigan 48107-7341
734.332.4900
Fax 734.332.4901

David Lowenschuss
DAVID H. LOWENSCHUSS, PLC
2020 Shadford Road
Ann Arbor, MI 48104

Cindy Cohn
Legal Director
ELECTRONIC FRONTIER FOUNDATION
1550 Bryant Street, Suite 725
San Francisco, CA 94103
415.436.9333

## Certificate of Service

I certify that I served the foregoing Unopposed Motion For Extension of Time, upon the following parties and counsel of record, by first class mail, postage prepaid, on Wednesday, October 18, 2000:

Gregory D. Phillips, Esq.
Howard, Phillips & Anderson
560 East 200 South, Suite 230
Salt Lake City, Utah 84102

Luis Miguel Acosta, Esq.
505 North Woodward
Suite 3000
Bloomfield Hills, Michigan 48304

Wallace W. Rawson
2858 Bernice Avenue
Lansing, IL 60438

David Lowenschuss, Esq.
DAVID H. LOWENSCHUSS, PLC
2020 Shadford Road
Ann Arbor, Michigan 48104

John E. S. Scott, Esq.
Dickinson, Wright, PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226

William A. Sankbeil, Esq.
Kerr, Russel & Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226-3406

Robert R. Yoder
5808 N. 40th Street, Suite 335
Phoenix, AZ 85018

Cindy Cohn, Esq.
Legal Director
ELECTRONIC FRONTIER FOUNDATION
1550 Bryant Street, Suite 725
San Francisco, California 94103

*[signature]*