Khalida Farooqui
1126 Lexington Avenue
Savannah, GA 31404



12-October-2000

Dickinson Wright PLLC
John E. Scott /Kathleen A. Lang
500 Woodward Avenue
Suite 4000
Detroit, MI 48226

I am writing in response to lawsuit filed by Dickinson Wright PLLC against USFour, Inc. located at 1126 Lexington Avenue, Savannah, GA. I am writing with full authority of the said party and shall represent them from hereon.

My four children registered the domain name fordindia.com when they wanted to establish an online directory of their friends from India. The Urdu word "*ford*" means "person" and fordindia.com was to be their place for their Indian friends to create their webpages. By striking coincidence the first part of their domain name also happens to spell FORD. I assure you this is merely a coincidence.

The registrants of fordindia.com have not used this name in any way to abuse the FORD trademark nor have any intention of doing so. We are willing and happy to provide you with such an assurance in writing.

At the same time, we do not feel that fordindia.com ought to be a matter of concern to Ford Motor Company simply because the letters f-o-r-d appear in the domain name. We are a small family, recently migrated from India. We do not ordinarily have the kind of financial resources required to fight lawsuits of this kind brought on by large corporation. Please regard this as an honest statement of how this domain name came to be and our intention with it. However, to the extent I can, we will resist any attempt by Ford Motor Company to snatch this domain name out of our hands through access to resources. If necessary, I will get legal help. However, I am hoping this will not be necessary considering the circumstances.

Since I am not fluent in English, and since I have not retained an attorney until this point, I would like to request you communicate with my brother-in-law, Suhail Farooqui, at (703)748-9618 to see if we can resolve any misunderstanding on this issue. I want to reiterate my preference Ford Motor Company drop USFour from its list of defendants in the present case.


Sincerely,

Khalida Farooqui

