**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**FORD MOTOR COMPANY, *et al.*,**

    **Plaintiffs**

v.

**GREAT DOMAINS.COM, INC., *et al.*,**

    **Defendants**

Case No. 00-71544
Hon. Gerald E. Rosen
United States District Judge

---

## EXPEDITED MOTION AND SUPPORTING BRIEF OF EFF DEFENDANTS (A) TO STAY ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PUBLISH, AND (B) TO PRESERVE STATUS QUO

Eric C. Grimm (P58990)
**CYBERBRIEF, PLC**
320 South Main Street
P.O. Box 7341
Ann Arbor, MI 48107-7341
734.332.4900

David H. Lowenschuss (P53767)
**DAVID H. LOWENSCHUSS, PLC**
2020 Shadford Road
Ann Arbor, MI 48104
734.623.9877

Cindy Cohn, Legal Director
(admission application pending)
**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94110
415.505.7621

COUNSEL FOR ELECTRONIC
FRONTIER FOUNDATION AND
DEFENDANTS ROBERT EMMERT,
PAUL BROWN, ALFONSO FIERO,
JOHN HALL, GAPMOUNT, LTD.,
WALLACE RAWSON, RAD*TECH,
AND TOM COOPER.



1. Defendants John Hall, Gapmount, Ltd, and other Defendants represented by the Electronic Frontier Foundation – Robert Emmert, Paul Brown, Wallace Rawson, RAD*TECH, and Tom Cooper (collectively, with Hall and Gapmount, "EFF Defendants") – respectfully move for a temporary order (a) staying the Court's previous order granting Plaintiffs' Motion for leave to publish notice, and (b) otherwise preserving the *status quo*.

2. The Plaintiffs' *ex parte* Publication Motion was granted two days after Plaintiff filed the Motion, and before the Motion was even served on any Defendant. The Plaintiffs' moving papers glossed over some important issues, including issues relating to subject-matter jurisdiction, that need to be brought to this Court's attention and that this Court should have the leisure to analyze with care.

3. An order staying the Plaintiffs' *in rem* theory will not harm Plaintiffs in any way, because if the EFF Defendants' 12(b)(1) Motion is ultimately denied, the Publication Order can easily be reinstated without harming Plaintiffs in any way. However, the EFF Defendants' Motion is meritorious and is unlikely to be denied.

## CONCLUSION

For the foregoing reasons, EFF Defendants respectfully pray for a temporary order

(a) staying the Court's previous order granting Plaintiffs' Motion for leave to publish notice, and

(b) otherwise preserving the *status quo*.

Respectfully submitted,

GAPMOUNT, LTD., JOHN HALL,
AND OTHER EFF DEFENDANTS,

By counsel,

December 7, 2000

Eric C. Grimm (P58990)
**CYBERBRIEF, PLC**
320 South Main Street
P.O. Box 7341
Ann Arbor, MI 48107-7341
734.332.4900

David H. Lowenschuss (P53767)
**DAVID H. LOWENSCHUSS, PLC**
2020 Shadford Road
Ann Arbor, MI 48104
734.623.9877

Cindy Cohn, Legal Director
**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94110
415.505.7621

COUNSEL FOR ELECTRONIC FRONTIER
FOUNDATION AND DEFENDANTS ROBERT
EMMERT, PAUL BROWN, ALFONSO FIERO,
JOHN HALL, GAPMOUNT, LTD., WALLACE
RAWSON, RAD*TECH, AND TOM COOPER..

-2-

## CERTIFICATE OF SERVICE

I certify that the following documents:

(1) **Motion of John Hall, Gapmount, Ltd., and Other EFF Defendants, Under FED. R. CIV. P. 12(b)(1), to Dismiss All *In Rem* Claims for Lack of Subject-matter Jurisdiction and EFF Defendants' Motion for a More Definite Statement**; and

(2) **Memorandum of John Hall, Gapmount, Ltd., and Other EFF Defendants In Support of EFF Defendants' FED. R. CIV. P. 12(b)(1) Motion to Dismiss all *In Rem* Claims for Lack of Subject-matter Jurisdiction and EFF Defendants' Motion for a More Definite Statement**; and

(3) **Motion and Supporting Brief of EFF Defendants for an Expedited Order (a) to Stay Order Granting Plaintiffs' Motion For Leave to Publish, and (b) to Preserve the *Status Quo***; and

(4) **Motion of EFF Defendants to Exceed 20-page Limit on Length of Supporting Briefs**;

were served on the parties or counsel fo record, by depositing them with the United States Postal Service, with First Class Mail or more expeditious means of delivery prepaid, on or before December 7, 2000:

William A Sankbeil, Esq.
Kerr, Russell, & Weber, PLC
500 Woodward Ave., Suite 2500
Detroit, MI 48226

Robert R. Yoder, Esq.
5080 North 40th Street
Suite 335
Phoenix, AZ 85018

Richard Phillips, Esq.
Mikkelborg, Broz, Wells & Fryer
Suite 3600
1001 Fourth Avenue
Seattle, WA 98154

Thomas Pezzetti, Jr., Esq.
Smith & Johnson
Six Hundred Three Bay Street
P.O. Box 705
Traverse City, MI 49685-0705

Lisa S. Gallerano, Esq.
Akin, Gump, Strauss, Hauer & Feld
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201

Ronald Reagan, Esq.
140 Court Avenue
Sevierville, TN 37862

Shelly M. Liberto, Esq.
3 Hutton Centre Drive
Suite 900
Santa Ana, CA  92707

Kathleen A. Lang, Esq.
Dickinson Wright, PLLC
500 Woodward Ave.
Suite 4000
Detroit, MI  48226

David H. Lowenschuss, Esq.
David H. Lowenschuss, P.L.C.
2020 Shadford Road
Ann Arbor, MI  48104

Luis Miguel Acosta, Esq.
Plunkett & Cooney
505 North Woodward Ave.
Suite 3000
Bloomfield Hills, MI  48304

Gregory D. Phillips, Esq.
Howard, Phillips & Anderson
560 East 200 South, Suite 230
Salt Lake City, UT  84102

Cindy Cohn, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA  94110