# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**FORD MOTOR COMPANY,** *et al.*,

    **Plaintiffs**

v.

**GREAT DOMAINS.COM, INC.,** *et al.*,

    **Defendants**

_____/

Case No. 00-71544
Hon. ~~Gerald E. Rosen~~ Cleland
United States District Judge

## UNOPPOSED MOTION AND SUPPORTING BRIEF OF EFF DEFENDANTS, UNDER LOCAL RULE 7.1(a)(3), FOR LEAVE TO FILE A REPLY BRIEF MORE THAN FIVE PAGES IN LENGTH

Eric C. Grimm (P58990)
**CYBERBRIEF, PLC**
320 South Main Street
P.O. Box 7341
Ann Arbor, MI 48107-7341
734.332.4900

David H. Lowenschuss (P53767)
**DAVID H. LOWENSCHUSS, PLC**
2020 Shadford Road
Ann Arbor, MI 48104
734.623.9877

Cindy Cohn, Legal Director
(admission application pending)
**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA  94110
415.505.7621

COUNSEL FOR ELECTRONIC
FRONTIER FOUNDATION AND
DEFENDANTS ROBERT EMMERT,
PAUL BROWN, ALFONSO FIERO,
JOHN HALL, GAPMOUNT, LTD.,
WALLACE RAWSON, RAD*TECH,
AND TOM COOPER.



## SUPPORTING BRIEF

1. Defendants represented by the Electronic Frontier Foundation – Robert Emmert, Paul Brown, John Hall, Gapmount, Ltd., Wallace Rawson, RAD*TECH, and Tom Cooper (collectively, "EFF Defendants") – respectfully move, under Local Rule 7.1(a)(3) for leave to file a Reply Brief more than five pages in length.

2. EFF Defendants have contacted counsel for the Plaintiffs and sought the assent of Plaintiffs' counsel for leave to file a Reply Brief more than five pages in length. Plaintiffs' counsel have assented to this request. Accordingly, this Motion is unopposed.

3. The reasons a longer brief is required include (1) the complexity and number of novel issues raised in this litigation, and (2) the multiple grounds on which Plaintiffs argue in favor of the assertion of personal jurisdiction.

## MOTION

For the foregoing reasons, EFF Defendants respectfully pray for leave to file a Reply Brief exceeding five pages in length.

December 18, 2000

Respectfully submitted,

EFF DEFENDANTS,

By counsel,

Eric C. Grimm (P58990)
**CYBERBRIEF, PLC**
320 South Main Street
P.O. Box 7341
Ann Arbor, MI 48107-7341
734.332.4900

David H. Lowenschuss (P53767)
**DAVID H. LOWENSCHUSS, PLC**
2020 Shadford Road
Ann Arbor, MI 48104
734.623.9877

Cindy Cohn, Legal Director
**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94110
415.505.7621

COUNSEL FOR ELECTRONIC FRONTIER FOUNDATION AND DEFENDANTS ROBERT EMMERT, PAUL BROWN, ALFONSO FIERO, JOHN HALL, GAPMPOUNT, LTD., WALLACE RAWSON, RAD*TECH, AND TOM COOPER..

**CERTIFICATE OF SERVICE**

I certify that the following documents:

(1) **Reply Memorandum of Eff Defendants Robert Emmert, Paul Brown, Alfonso Fiero, John Hall, Gapmpount, Ltd., Wallace Rawson, RAD*TECH, and Tom Cooper in Support of EFF Defendants' Rule 12(b)(2) and 12(b)(6) Motions to Dismisss**; and

(2) **Unopposed Motion and Supporting Brief of EFF Defendants, under Local Rule 7.1(a)(3), for Leave to File a Reply Brief More than Five Pages in Length,**

were served on the following Parties and counsel of record, by depositing them with the United States Postal Service, with First Class Mail or more expeditious means of delivery prepaid, on or before December 18, 2000:

William A Sankbeil, Esq.
Kerr, Russell, & Weber, PLC
500 Woodward Ave., Suite 2500
Detroit, MI 48226

Robert R. Yoder, Esq.
5080 North 40th Street
Suite 335
Phoenix, AZ 85018

Richard Phillips, Esq.
Mikkelborg, Broz, Wells & Fryer
Suite 3600
1001 Fourth Avenue
Seattle, WA 98154

Thomas Pezzetti, Jr., Esq.
Smith & Johnson
Six Hundred Three Bay Street
P.O. Box 705
Traverse City, MI 49685-0705

Roberta Jacobs-Meadway
Panitch, Schwarze
2005 Market Street
22nd Floor
Philadelphia, PA 19103-7086

Stephen Mahan
P.O. Box 474
Norris, TN 37828

Shelly M. Liberto, Esq.
3 Hutton Centre Drive
Suite 900
Santa Ana, CA 92707

Kathleen A. Lang, Esq.
Dickinson Wright, PLLC
500 Woodward Ave.
Suite 4000
Detroit, MI 48226

David H. Lowenschuss, Esq.
David H. Lowenschuss, P.L.C.
2020 Shadford Road
Ann Arbor, MI 48104

Suzanne Singleton
11507 Colfax Ave.
Lakewood, CO 80215

Luis Miguel Acosta, Esq.
Plunkett & Cooney
505 North Woodward Ave.
Suite 3000
Bloomfield Hills, MI 48304

Gregory D. Phillips, Esq.
Howard, Phillips & Anderson
560 East 200 South, Suite 230
Salt Lake City, UT 84102

Cindy Cohn, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

_[signature]_