**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FORD MOTOR COMPANY, *et. al.*,

        Plaintiffs,

v.

GREATDOMAINS.COM, INC., *et. al.*,

        Defendants.

_____/

Civil No. 00-71544

Hon. Robert H. Cleland



KATHLEEN A. LANG  (P34695)
Dickinson Wright PLLC
Attorneys for Plaintiff
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313) 223-3500

Co-counsel
GREGORY D. PHILLIPS
SCOTT R. RYTHER
Howard, Phillips & Andersen
560 East 200 South, Suite 300
Salt Lake City, Utah  84102
(801) 366-7471

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, Plaintiffs Ford Motor Company,

Jaguar Cars Limited, Aston Martin Lagonda Limited, and Volvo Trademark Holding AB (collectively

"Plaintiffs") hereby voluntarily dismiss, without prejudice, Plaintiffs' claims against Defendant Hans

Rekestad Enterprises.

164

DICKINSON WRIGHT PLLC

By: *Kathleen A Lang*

Kathleen A. Lang (P34695)
Attorneys for Plaintiff
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313) 223-3500

Co-Counsel
Gregory D. Phillips
Scott R. Ryther
HOWARD, PHILLIPS & ANDERSEN
560 E. 200 South, Suite 300
Salt Lake City, Utah  84102
(801) 366-7471

DATED:          February 22, 2002

DETROIT 18260-1537 648097