

RECEIVED

MAR 2002

CLERKS OFFICE
U.S. District Court
Ann Arbor, MI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**FORD MOTOR COMPANY**, *et al.*

**Plaintiffs**

v.                           Case No. 00-CV-71544-DT

**GREATDOMAINS.COM, Inc.,**        Hon. Robert H. Cleland
*et al.*,                          United States District Judge

**Defendants.**
_____/

## ORDER

Before the Court is a Motion by Hans Rekestad and the Electronic Frontier Foundation, under FED. R. CIV. P. 6(b), for an extension of time in which to file a Rule 54 motion for costs and fees. After reviewing the applicable papers, the record, and the governing law, the Motion is GRANTED. Mr. Rekestad and the EFF shall have an extension of time, through and including March 27, 2002, in which to file their Motion for Costs and Fees.

It is so ORDERED.

SIGNED on March __, 2002.

Hon. Robert H. Cleland
United States District Judge

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON _____3/18_____, 2002
_____
DEPUTY COURT CLERK