IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, a Delaware
corporation, JAGUAR CARS LIMITED, a
United Kingdom company, ASTON
MARTIN LAGONDA LIMITED, a United
Kingdom company, and VOLVO
TRADEMARK HOLDING, a corporation
organized under the laws of Sweden,

        Plaintiffs,

v.

GREATDOMAINS.COM, INC., a California
corporation, et al,

        Defendants.
_____/

Civil No. 00-71544

Hon. Robert H. Cleland

RECEIVED
MAR 20 2002
CLERK'S OFFICE
DETROIT

KATHLEEN A. LANG (P34695)
Dickinson Wright PLLC
Attorneys for Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

ERIC C. GRIMM (P58990)
Cyberbrief, PLC
Attorney for Defendants Wallace Rawson,
RAD*TECH, Robert Emmert, John D. Hall,
and Alfonso Fiero
320 South Main Street
P.O. Box 7341
Ann Arbor, Michigan 48107-7341
(734) 332-4900

**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE,
OF DEFENDANTS WALLACE RAWSON, RAD*TECH,
<u>ROBERT EMMERT, JOHN D. HALL, AND ALFONSO FIERO</u>**

Defendants Wallace Rawson, RAD*TECH, Robert Emmert, John D. Hall, and Alfonso Fiero (the "Special Defendants"), through their attorney, Eric C. Grimm, and all of the Plaintiffs, through their attorneys Dickinson Wright PLLC (the "Plaintiffs") (collectively, the "Settling Parties") hereby stipulate to the dismissal of all claims asserted by the Plaintiffs against the Special Defendants, relating to or arising out of the Internet domain names 4FORDPARTS.COM, 4FORDTRUCKS.COM, VOLVOGUY.COM, JAGUARCENTER.COM, and LINCOLNTRUCKS.COM. This dismissal is **WITH PREJUDICE**. Each of the Settling Parties stipulates that each Settling Party shall bear his or its own costs and attorneys' fees.

March 20, 2002

DICKINSON WRIGHT PLC

By: _Kathleen A. Lang_
Kathleen A. Lang (P34695)
Attorneys for Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

CYBERBRIEF, PLC

March 15, 2002

By: _Eric C. Grimm_
Eric C. Grimm
Attorney for Defendants
Wallace Rawson, RAD*TECH,
Robert Emmert, John D. Hall,
and Alfonso Fiero
320 South Main Street
P.O. Box 7341
Ann Arbor, Michigan 48107-7341
(734) 332-4900

IT IS SO ORDERED.

_Robert H. Cleland_
ROBERT H. CLELAND
United States District Judge

DATED: March 21, 2002

2