IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, a Delaware corporation, JAGUAR CARS LIMITED, a United Kingdom company, ASTON MARTIN LAGONDA LIMITED, a United Kingdom company, and VOLVO TRADEMARK HOLDING, a corporation organized under the laws of Sweden,

    Plaintiffs,

v.

GREATDOMAINS.COM, INC., a California corporation, et al,

    Defendants.

Civil No. 00-71544

Hon. Robert H. Cleland

RECEIVED
MAR 20 2002
CLERK'S OFFICE
DETROIT

KATHLEEN A. LANG (P34695)
Dickinson Wright PLLC
Attorneys for Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

ERIC C. GRIMM (P58990)
CYBERBRIEF, PLC
Attorney for Defendants
Paul A. Brown and Thomas Cooper
320 South Main Street
P.O. Box 7341
Ann Arbor, Michigan 48107-7341
(734) 332-4900

**STIPULATION AND ORDER FOR DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANTS PAUL A. BROWN AND THOMAS COOPER**



Defendants Paul A. Brown ("Brown") and Thomas Cooper ("Cooper"), through their attorney Eric C. Grimm, and all Plaintiffs, through their attorneys Dickinson Wright PLLC, hereby stipulate to the dismissal of all claims asserted by the Plaintiffs against Brown and Cooper, relating to or arising out of the Internet domain names JAGUARENTHUSIASTSCLUB.COM and VINTAGEVOLVOS.COM.  This dismissal is **WITHOUT PREJUDICE.**  See FED. R. CIV. P. 41(a)(1), (a)(2).  Brown, Cooper, and all of the Plaintiffs, respectively stipulate that each party shall bear his or its own costs and attorneys' fees.

March 20, 2002

DICKINSON WRIGHT PLLC

By: _____
Kathleen A. Lang (P34695)
Attorneys for Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

CYBERBRIEF, PLC

March 15, 2002

By: _____
Eric C. Grimm
Attorney for Defendants
Paul A. Brown and Thomas Cooper
320 South Main Street
P.O. Box 7341
Ann Arbor, Michigan 48107-7341
(734) 332-4900

**IT IS SO ORDERED.**

_____
ROBERT H. CLELAND
United States District Judge

DATED: March 22, 2002