UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR CO., et al.,

    Plaintiffs,

v.                                    Case No. 00-CV-71544-DT

GREATDOMAINS.COM, INC.,
et al.,

    Defendants.
_____/

**ORDER GRANTING "MOTION FOR LEAVE TO AMEND COMPLAINT"
AND
GRANTING "SUPPLEMENTAL MOTION FOR LEAVE TO AMEND COMPLAINT"**

Pending before the court is a motion by Plaintiffs for leave to amend by adding a verification of the complaint. The motion was filed on February 22, 2002. A supplemental motion to amend was filed on March 1, 2002, seeking to remove Defendant GreatDomains.com, Inc. ("GreatDomains") from the case heading. Plaintiffs wish to add a verification to their complaint to facilitate the potential addition of *in rem* claims. They seek to remove GreatDomains from the heading at GreatDomains's request based upon its earlier dismissal from the case. Insofar as the proposed amendment cannot prejudice the opposing parties, and in light of the court's mandate to grant leave freely "when justice so requires,"

IT IS ORDERED that the "Motion for Leave to Amend Complaint" [Dkt. # 163] is GRANTED.



IT IS FURTHER ORDERED that the "Supplemental Motion for Leave to Amend Complaint" [Dkt. # 168] is GRANTED.

*Robert Cleland*

ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Date: May 8, 2002

PURSUANT TO RULE 77 (d), FED. R. CIV. P. COPIES MAILED TO ATTORNEYS FOR ALL PARTIES ON _____, 20 02

DEPUTY COURT CLERK

5/2/02:S:\CLELAND\BAXTER\Opinions and Orders\00-71544.Ford.amend complaint.wpd

2