UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

FORD MOTOR CO., et al.,

    Plaintiffs,

v.                                         Case No. 00-CV-71544-DT

GREATDOMAINS.COM, INC.,
et al.,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

The instant action was filed on March 20, 2000. To date, approximately thirty of the over eighty named Defendants have not been served with a summons and complaint. The time for service provided under Federal Rule of Civil Procedure 4(m) has long since expired. The court recently issued an order denying Plaintiffs' motion to transfer its claims against the unserved Defendants to another district. Accordingly,

Plaintiffs are ORDERED TO SHOW CAUSE, in writing, on or before **May 22, 2002**, why this case should not be dismissed as to each of the unserved defendants for failure to prosecute.

                                              /s/ Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Date: May 8, 2002

PURSUANT TO RULE 77(d) FED. R. CIV. P.
COPIES MAILED TO ALL
PARTIES ON 05/8/02
[signature] Deputy Court Clerk