IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, *et. al.*,

        Plaintiffs,

v.

GREATDOMAINS.COM, INC., *et. al.*,

        Defendants.

_____/

Civil No. 00-71544

Hon. Robert H. Cleland

KATHLEEN A. LANG (P34695)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

Co-counsel
GREGORY D. PHILLIPS
SCOTT R. RYTHER
Howard, Phillips & Andersen
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471

*Attorneys for Plaintiff*

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, Plaintiffs Ford Motor Company, Jaguar Cars Limited, Aston Martin Lagonda Limited, and Volvo Trademark Holding AB (collectively "Plaintiffs") hereby voluntarily dismiss, without prejudice, Plaintiffs' claims against the following twenty-nine defendants, each of whom are registrants of Internet domain names at issue in this action:

1

1. AAFM Breukers, registrant of FORDGARAGE.COM (United Kingdom)

2. Roger Abramson, registrant of LINCOLNS4SALE.COM, VOLVOS4SALE.COM, and VOLVOSFORSALE.COM (Surfside, FL)

3. Allegiance, registrant of JAGUARBUYER.COM (United Kingdom)

4. Philip Barry, registrant of DBASTON-MARTIN.COM (United Kingdom)

5. Robert E. Capps, registrant of JAGUARSALES.COM (Folsom, CA)

6. Joseph Davidovic, registrant of FORDYOUNGDRIVERS.COM, FORDYOUNGDRIVERS.NET, and FORDYOUNGDRIVERS.ORG (Canada)

7. Domain for Sale, registrant of VOLFORD.COM (Sweden)

8. Fordmustang.com, registrant of FORDMUSTANG.COM (Chandler, AZ)

9. Roger Hoe, registrant of JAGUARSERVICING.COM (United Kingdom)

10. Scott Howell, registrant of OLDFORDS.COM (Palm Beach Gardens, FL)

11. Hurricane Industries, registrant of TEXANFORD.COM, TEXANFORD.NET, TEXANFORD.ORG, TEXANLINCOLNMERCURY.COM, and TEXANSFORD.COM (Alleyton, TX)

12. Jacob Pavin, registrant of 4AJAG.COM, 4AJAGUAR.COM, and 4AVOLVO.COM (Irving, TX)

13. Local Websites, registrant of FORDREPAIRS.COM and VOLVOREPAIRS.COM (United Kingdom)

14. Mainstream Music, registrant of FORDV8.COM (New Zealand)

15. Jose F. Martinez, registrant of FORDAP.COM and IFORDPARTS.COM (Puerto Rico)

16. Montgomery, registrant of FORDMOTORCARS.COM (Thailand)

17. Mr. For Sale, registrant of FORDING.COM (United Kingdom)

18. John Murphy, registrant of MRASTONMARTIN.COM (United Kingdom)

19. Onlyne Corporate Services, registrant of FORDPROBE.COM (Panama)

20. Joseph Parvin, registrant of EJAGS.COM (Princetown Junction, NJ)

21. Ran Productions, registrant of FORDVISION.COM (Canada)

22. Rubuscum Oy, registrant of FORDCENTER.COM (Finland)

23. Seller, registrant of SHOPNFORD.COM (Trenton, NJ)

24. Richard G. Shanks, registrant of FORD2001.NET (United Kingdom)

25. This Domain Is For Sale, registrant of FORDCARE.COM (Philippines)

26. Vaneechoud, registrant of FORDRENTING.COM (Spain)

27. Vine-Overseas Trading Corp., registrant of FORDHOLDINGS.COM (South Korea)

28. Julie Webb, registrant of FORDPICKUPSALES.COM (New Zealand)

29. Zykar International, JAGUARMOTORCOMPANY.COM (Smithtown, NY)

DICKINSON WRIGHT PLLC

By: /s/ Kathleen A. Lang
Kathleen A. Lang (P34695)
Attorneys for Plaintiff
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

Co-Counsel
Gregory D. Phillips
Scott R. Ryther
HOWARD, PHILLIPS & ANDERSEN
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
801-366-7471

DATED: May 22, 2002

DETROIT 18260-1537 666068

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as disclosed on the pleading _May 22_, 20 _02_

By: ☒ Via Mail ☐ FAX
☐ Hand Delivered ☐ Overnight Courier
☐ Federal Express ☐ Other:

I declare under penalty of perjury that the statement above is true to the best of my information, knowledge and belief.
Signature _____

3