IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, a Delaware
corporation, JAGUAR CARS LIMITED, a
United Kingdom company, ASTON
MARTIN LAGONDA LIMITED, a United
Kingdom company, and VOLVO
TRADEMARK HOLDING, a corporation
organized under the laws of Sweden,

      Plaintiffs,

v.

GREATDOMAINS.COM, INC., a California
corporation, et al,

      Defendants.

RECEIVED
JUN 0 3 2002
CLERK'S OFFICE
DETROIT

Civil No. 00-71544

Hon. Robert H. Cleland

KATHLEEN A. LANG (P34695)
Dickinson Wright PLLC
Attorneys for Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

R. NEAL KEESEE, Jr.
Woods, Rogers & Hazlegrove P.L.C.
Attorney for Defendant Cameron Johnson
d.b.a. Cheers and Tears Custom Designs
First Union Tower, Suite 1400
10 South Jefferson Street
P.O. Box 14125
Roanoke, Virginia 24038-4125
(540) 983-7600

### STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT CAMERON JOHNSON

Plaintiffs, through their attorneys Dickinson Wright PLLC, and Defendant Cameron Johnson d.b.a. Tears and Cheers Custom Designs ("Johnson"), through his attorney, R. Neal Keesee, Jr. (collectively the "Settling Parties"), having entered into a Settlement Agreement

1

resolving all claims between the Settling Parties, including all disputes concerning the registration and control of the Internet domain names PREMIERAUTOMOTIVEGROUP.COM, PREMIERAUTOMOTIVEGROUP.NET, and PREMIERAUTOMOTIVEGROUP.ORG, as well as all disputes between the Settling Parties concerning the use of the trademark "Premier Automotive Group," now stipulate to the immediate dismissal of all claims asserted by Plaintiffs against Johnson d.b.a. Cheers and Tears Custom Designs in this matter. This dismissal is with prejudice. Each of the Settling Parties stipulates that each Settling Party shall bear his or its own costs and attorneys' fees.

DICKINSON WRIGHT PLLC

By: _____
Kathleen A. Lang (P34695)
Attorneys for Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

WOODS, ROGERS & HAZLEGROVE, P.L.C.

By: _____
R. Neal Keesee, Jr.
Attorney for Cameron Johnson, d.b.a.
Cheers and Tears Custom Designs
First Union Tower, Suite 1400
10 South Jefferson Street
P.O. Box 14125
Roanoke, Virginia 24038-4125
(540) 983-7600

IT IS SO ORDERED.

_____
ROBERT H. CLELAND
United States District Judge

JUN 06 2002
DATED: ~~May~~ ~~, 2002~~

2