**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

JOSEPH T. SIEVERING
(513) 564-7015
www.ca6.uscourts.gov

Filed: September 5, 2002

Gregory D. Phillips
Howard, Phillips & Anderson
560 E. 200, S.
Suite 300
Salt Lake City, UT  84102

Eric C. Grimm
CyberBrief
320 S. Main Street
P.O. Box 7341
Ann Arbor, MI  48107-7341

RE: 02-1900
    Ford Mtr Co vs. Great Domains.Com
    District Court No. 00-71544

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Joseph T. Sievering
Case Manager

Enclosure

cc: Honorable Robert H. Cleland
    Mr. David J. Weaver
    **certified copies**

No. 02-1900

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

SEP - 5 2002

LEONARD GREEN, Clerk

FORD MOTOR COMPANY, et al,

    Plaintiffs-Appellees,

    v.

GREAT DOMAINS.COM, INC., et al,

    Defendants,

HANS REKESTAD ENTERPRISES; ELECTRONIC FRONTIER FOUNDATION,

    Defendants - Appellants.

ORDER

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Stipulation to Dismiss filed by the parties,

**IT IS ORDERED** that the appeal be dismissed without prejudice to the Appellant's rights to reinstate the appeal in the event this Court decides it was timely filed from a final order and then within twenty (20) days of such a finding.

ENTERED PURSUANT TO RULE 33(d) and 8(b)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By
    Deputy Clerk