UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, et al.,

    Plaintiffs,

v.                                  Case No. 00-CV-71544-DT

GREATDOMAINS.COM, INC.,
et al.,

    Defendants.
_____/

ORDER DISMISSING VARIOUS DEFENDANTS
AND
DIRECTING PLAINTIFFS' COUNSEL TO SUBMIT A MEMORANDUM

On September 11, 2002, the court conducted a hearing on Plaintiffs' August 20, 2002, motion for entry of default judgment against sixteen defendants. Upon granting Plaintiffs' motion, the court inquired about the status of the remaining defendants. As directed by the court, and pursuant to Plaintiffs' agreement:

IT IS ORDERED that the following defendants are voluntarily dismissed:

    1) Gapmount, Limited
    2) Specialized Auto
    3) Dewey Swain
    4) Cromwell Business Systems
    5) John Doe [registrant of Fords.to]
    6) Ian Bailey

IT IS FURTHER ORDERED that Plaintiff inform the court by **September 25, 2002,** through a memorandum, of the status of claims against the following defendants:

1) PIW Corporation
2) John1r
3) Horizonstar Communications
4) USFour, Incorporated
5) Suzanne Singleton
6) Buyorlease.com
7) Kevin Saucier
8) Auction One Online
9) Spencer Associates

/s/ Robert Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 12, 2001

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON 9/12, 20 02