IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, *et. al.*,

        Plaintiffs,

v.

GREATDOMAINS.COM, INC., *et. al.*,

        Defendants.

Civil No. 00-71544

Hon. Robert H. Cleland

_____/

KATHLEEN A. LANG (P34695)
Dickinson Wright PLLC
Attorneys for Plaintiff
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

Co-counsel
GREGORY D. PHILLIPS
SCOTT R. RYTHER
Howard, Phillips & Andersen
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471

_____/

## DEFAULT JUDGMENT

At a session of said Court held in the U. S. Courthouse, City of Detroit, County of Wayne and State of Michigan, on **DEC 18 2002**

PRESENT:   HON. ROBERT H. CLELAND
                U.S. District Court Judge

On November ___, 2002, the Court entered its Order Granting Plaintiffs' Motion For Entry Of Default Judgment. Based upon that Order, and being advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs Ford Motor Company, Jaguar Cars Limited, Aston Martin Lagonda Limited, and Volvo Trademark Holding AB (collectively "Plaintiffs") are awarded judgment against the following defendants (collectively the "Defaulting Defendants"):

Horizonstar Communications <fordtrucknews.com>
www.buyorleasedomainnames.com <haveudrivenafordlately.com>
USFour, Inc. <fordindia.com>
Auction 1 Online <stangauctions.com>

Accordingly, Plaintiffs do have and recover the following relief prayed for in Plaintiffs' Complaint dated March 29, 2000 as follows:

A. Each Defaulting Defendant, and all of the Defaulting Defendants' agents, servants, employees, and attorneys, and all other persons in active concert or participation with them who receive actual notice of this Default Judgment, are permanently enjoined from, without permission from Plaintiffs:

(1) using Plaintiffs' registered trademarks Ford®, Jaguar®, Lincoln®, Volvo®, and Mustang®, any colorable imitations thereof, or any marks confusingly similar thereto in connection with any Internet domain name(s); or

(2) registering, maintaining registrations for, using, offering for sale, claiming ownership of, or in any other way using the following domain names (hereafter the "Pirated Domain Names"): <fordtrucknews.com>, <haveudrivenafordlately.com>, <fordindia.com> and <stangauctions.com>, or any other domain names that use names, words, designations, or other symbols

2

confusingly similar to Plaintiffs' trademarks Ford®, Jaguar®, Lincoln®, Volvo®, and Mustang®.

B. The Pirated Domain Names listed in Paragraph A(1) above are and shall be immediately transferred to Plaintiffs, without any further action needed or required from the Defaulting Defendants.

**IT IS SO ORDERED:**

DATE: **DEC 18 2002**

_____
ROBERT H. CLELAND
United States District Judge

DETROIT 18260-1537 698308

3