IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, et. al.,

    Plaintiffs,

v.

GREATDOMAINS.COM, INC., et. al.,

    Defendants.
_____/

Civil No. 00-71544

Hon. Robert H. Cleland

KATHLEEN A. LANG (P34695)
Dickinson Wright PLLC
Attorneys for Plaintiff
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

Co-counsel
GREGORY D. PHILLIPS
SCOTT R. RYTHER
Howard, Phillips & Andersen
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471
_____/



**STIPULATED ORDER AND PERMANENT INJUNCTION,
ORDER TRANSFERRING INTERNET DOMAIN NAME,
JUDGMENT, AND ORDER OF DISMISSAL**

    Based upon the Stipulation entered by Plaintiff Ford Motor Company and Defendant Suzanne Singleton, the Court hereby enters the following Order and Permanent Injunction, Order Transferring Internet Domain Names, Judgment, and Order of Dismissal relating Defendant Suzanne Singleton's ("Singleton") use of Plaintiffs' trademark, both registered in the United States Patent and Trademark Office and at common law, developed by Plaintiffs

1

including but not limited to, Ford®, Mercury®, Lincoln®, Volvo®, Land Rover®, and Jaguar® (collectively the "Plaintiffs' Marks"):

1. Singleton and her agents, employees and others acting in concert with Singleton are hereby enjoined permanently from all unauthorized uses of the Plaintiffs' Marks in their products, services, advertisements, videos, promotional literature, promotional telecasts, broadcasts, signage, on the Internet, or otherwise, in connection with the advertisement and sale of any product, good, part, or service. Specifically, by way of illustration and without limiting the above, Singleton is enjoined permanently from:

    a. registering, maintaining registrations for, or using in any way, the Internet domain names JUSTFORDS.COM and JUSTFORDS.NET, containing certain of the Plaintiffs' Marks.

    b. registering and/or using in the future any other Internet domain names that use the Plaintiffs' Marks, or any variations of the Plaintiffs' Marks.

2. The Internet domain names JUSTFORDS.COM and JUSTFORDS.NET are hereby transferred to Plaintiffs immediately. Singleton shall perform all acts necessary to execute the transfers of the domain names JUSTFORDS.COM and JUSTFORDS.NET to Plaintiffs.

3. The Order and Permanent Injunction set forth above shall remain in effect indefinitely and the Court retains jurisdiction to enforce the terms of said Order and Permanent Injunction.

4.      The Plaintiffs' claims against Singleton in above-captioned action are hereby dismissed with prejudice, with each party bearing her or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 19, 2003

_____
Hon. Robert H. Cleland
United States District Judge

**STIPULATED AND AGREED TO:**

DICKINSON WRIGHT PLLC

By: _____
Kathleen A. Lang (P34695)
Attorneys for Plaintiff
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

Co-Counsel
Gregory D. Phillips
Scott R. Ryther
HOWARD, PHILLIPS & ANDERSEN
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471

Attorneys for Plaintiffs

_____
SUZANNE SINGLETON (*pro se*)