**CLOSED** MAR 26 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY, a Delaware
corporation, JAGUAR CARS LIMITED, a
United Kingdom company, ASTON
MARTIN LAGONDA LIMITED, a United
Kingdom company, and VOLVO
TRADEMARK HOLDING, a corporation
organized under the laws of Sweden,

    Plaintiffs,

v.

GREATDOMAINS.COM, INC., a California
corporation, et al,

    Defendants.

_____/

Civil No. 00-71544

Hon. Robert H. Cleland

RECEIVED MAR 25 2003 CLERK'S OFFICE U.S. DISTRICT COURT

KATHLEEN A. LANG (P34695)
Dickinson Wright PLLC
Attorneys for Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Telephone: (313) 223-3500
Facsimile: (313) 223-3598

ARNOLD S. WEINTRAUB (P22127)
DANIEL CHECKOWSKY (P54815)
Plunkett & Cooney, P.C.
Attorneys for Defendant Spencer Associates
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, Michigan 48304
Telephone: (248) 901-4000
Facsimile: (248) 901-4040

**STIPULATION AND ORDER FOR TRANSFER OF INTERNET
DOMAIN NAME, AND FOR DISMISSAL WITH PREJUDICE,
<u>AS TO DEFENDANT SPENCER ASSOCIATES</u>**

1



Plaintiffs, through their attorneys Dickinson Wright PLLC, and Defendant Spencer Associates ("Spencer"), through its attorneys, Plunkett & Cooney (collectively the "Settling Parties"), having entered into a Settlement Agreement resolving all claims between the Settling Parties, including all disputes concerning the registration and control of the Internet domain name MERCURYSOURCE.COM, as well as all disputes between the Settling Parties concerning the use of the trademark MERCURY® and any other existing trademarks of Plaintiffs, and that parties having stipulated to the following matters, the Court ORDERS as follows:

1. The internet domain name MERCURYSOURCE.COM is to be transferred immediately to Plaintiff Ford Motor Company and the Settling Parties are hereby ordered to execute all necessary documents to facilitate and effectuate the transfer of MERCURYSOURCE.COM to Ford;

2. The Plaintiffs' claims against Defendant Spencer in this matter are dismissed with prejudice; and

3. Each of the Settling Parties shall bear its own costs and attorneys' fees.

**STIPULATED AND AGREED TO:**

DICKINSON WRIGHT PLLC

By: *[signature]*
Kathleen A. Lang (P34695)
Attorneys for Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

PLUNKETT & COONEY

By: *[signature]*
Arnold S. Weintraub (P22127)
Daniel Checkowsky (P54815)
Attorneys for Spencer Associates
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, Michigan 48304
(248) 901-4000

IT IS SO ORDERED.

*[signature]*
ROBERT H. CLELAND
United States District Judge

MAR 26 2003

DATED: February ___, 2003

Blmfield.13339.04385.411167-1

3